**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF: A.R., A MINOR    :   No. 32 WAL 2017
                                                :
                                                :
PETITION OF: M.R., MOTHER        :   Petition for Allowance of Appeal from
                                                :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 21st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.